## Case No. 9,081.

### The MARIA PIKE.

SAWYER et al. v. The MARIA PIKE.

[6 Adm. Rec. 630.]

District Court, S. D. Florida. Feb. 9, 1861.

SALVAGE—PILOTING THROUGH DANGEROUS SHOALS.

[Piloting a vessel through dangerous shoals, where she could not have made her way unaided, is salvage service. if performed in connection with other salvage services.]

[Cited in Pent v. The Ocean Belle, Case No. 10,961.]

[Libel for salvage by George A. Savage and others against the schooner Maria Pike and cargo.]

W. C. Maloney, for libellants.
John L. Tatum, for respondent.

MARVIN, District Judge. This schooner, laden with cotton and molasses, got ashore on the North Key Flats. one of the Tortugas Shoals. Three smacks, carrying 20 men, went to her assistance. They found the master employed in staving his deck load of molasses to lighten the vessel. She was lying easy, but surrounded with intricate and extensive shoals. On the arrival of the smacks, the master ceased the business of staving the casks of molasses, and the next morning forty barrels of molasses were put on board one of the smacks, and, sail being made she went off the reef into deep water, by an inner channel, known to the salvors, but unknown to the master. Considerable skill and good judgment were displayed by the salvors in managing the sails to get the vessel clear of the shoals, and by subsequently piloting the vessel through the channel out to sea. The master could have got the vessel afloat by throwing overboard the forty barrels of molasses, but he could not have got her out of her difficulties without a pilot. The chief value of the service consists in the piloting, which very likely has been the means of saving vessel and cargo. The value of the vessel may be estimated at $8,000, and the cargo at $25,000. I think $3.200 is a reasonable salvage. It is therefore ordered and decreed that the sum of $3,200 be allowed the libellants in full compensation for their services rendered in saving said vessel and cargo, and that upon the payment thereof, and the costs and expenses of this suit, the marshal restore said vessel and cargo to the master thereof, for and on account of whom it may concern; that the wharfage, storage and other bills be examined, and allowed by the court among the expenses.

## Case No. 9,082.

### The MARIA THERESA.

District Court, E. D. Pennsylvania. July 28, 1848.

SHIPPING—ILLEGAL SEIZURE OF VESSEL BY AMERICAN CONSUL—LIEN FOR WAGES.

[1. Where a vessel is illegally seized by an American consul, in a foreign port, abandoned by the representative of the owners, and sent home under a master and crew shipped by the consul, she is liable to a lien for the wages of such crew, and for pilotage. See The Anne, Case No. 412.]

[2. There is a lien created against the vessel, both for wages and for pilotage.]

[Decided by KANE, District Judge. Nowhere reported; opinion not now accessible. The above statement of the case was taken from 1 Brightly, Dig. 589, 801.]